IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| JESSIE DOTSON, | ) |
|       Petitioner, | ) ) ) No. 2:24-cv-02053 |
| v. | ) ) CAPITAL CASE |
| ZAC POUNDS, Warden, Riverbend, Maximum Security Institute, | ) ) ) |
|       Respondent. | ) |

**PETITIONER'S UNOPPOSED**

**MOTION TO STAY FILING OF AMENDED PETITION**

Petitioner Jessie Dotson respectfully moves for a stay of the deadline for filing the amended petition per the Court's scheduling order, R.7, pending the Court's ruling on his pending motion to correct the state court record, R.14. Petitioner submits that it is important to settle the matter of the state court record so that his amended petition uses the correct Page ID numbers. Consistent with this Court's scheduling order, Petitioner requests he be given 60 days after the filing of the corrected state court record to file the amended petition, or any order denying the Petitioner's motion

Undersigned counsel consulted with opposing counsel Andrew Smith who stated that Respondent does not object to Petitioner's request.

WHEREFORE, the motion should be granted.

Respectfully submitted,

FEDERAL PUBLIC DEFENDER FOR
THE MIDDLE DISTRICT OF TENNESSEE
CAPITAL HABEAS UNIT

KELLEY J. HENRY, BPR #021113
Supervisory Asst. Federal Public Defender

Katherine M. Dix, BRP #022778
Marshall A. Jensen, BPR #036062
Asst. Federal Public Defenders
810 Broadway, Suite 200
Nashville, TN 37203
Phone:  (615) 736-5047
Fax:      (615) 736-5265
Email:   kelley_henry@fd.org

*/s/Kelley J. Henry*
Counsel for Petitioner

## CERTIFICATE OF CONSULTATION

Comes now Petitioner, by and through counsel and pursuant to Local Rule 7.2(a)(a)(B), and states that his counsel consulted with Respondent's Counsel, Senior Assistant Attorney General Andrew Smith, and Mr. Smith does not oppose the relief sought in this motion.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this document has been served on counsel for Respondent, Senior Assistant Attorney General Andrew H. Smith, by electronic case filing via the PACER CM/ECF system.

*/s/ Kelley J. Henry*
Date of Service: April 26, 2024