# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

|  |  |
|---|---|
| **JESSIE DOTSON**, | ) |
| Petitioner, | ) |
| v. | ) No. 2:24-cv-02053-MSN-cgc |
| **ZAC POUNDS**, | ) CAPITAL CASE |
| Respondent. | ) |

## ORDER STAYING FILING OF AMENDED PETITION

On January 26, 2024, Petitioner Jessie Dotson filed a petition under 28 U.S.C. § 2254. (ECF No. 1.) On February 13, 2024, the Court entered an Order directing Respondent to file the complete state court record and requiring Petitioner to file an amended petition sixty (60) days later. (ECF No. 7 at PageID 258-59.) On March 12, 2024, Respondent filed the state court record. (ECF Nos. 8-11.) On April 1, 2024, Petitioner filed a Motion to Correct State Court Record. (ECF No. 14.) On April 26, 2024, Petitioner filed Petitioner's Unopposed Motion to Stay Filing of Amended Petition. (ECF No. 18.) For good cause shown, the Motion to Stay Filing of Amended Petition, (ECF No. 18), is **GRANTED**.[1]

**IT IS SO ORDERED**, this 16th day of May, 2024.

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

---

[1] The order on the Motion to Correct State Court Record will set the deadline for filing the amended petition.