IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| JESSIE DOTSON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| V. | ) | No.2:24-CV-02053 |
| | ) | |
| KENNETH NELSEN, Warden, Riverbend, | ) | **CAPITAL CASE** |
| Maximum Security Institute, | ) | |
| | ) | |
| Respondent. | ) | |

---

## MOTION TO WITHDRAW

---

Pursuant to Local Rule 83.5, Kelley J. Henry respectfully moves to withdraw as counsel for Petitioner, as she has been reassigned to other responsibilities within the Office of the Federal Public Defender. Katherine M. Dix and Marshall A. Jensen remain counsel of record for Mr. Dotson.

Respectfully submitted,

Kelley J. Henry, BPR #21113
Chief, Capital Habeas Unit

FEDERAL PUBLIC DEFENDER
MIDDLE DISTRICT OF
TENNESSEE
164 Rosa L. Parks Blvd
Nashville, TN 37203
Phone: (615) 736-5047
Fax: (615) 736-5265
Email: Kelley_Henry@fd.org

/s/ *Kelley J. Henry*
Kelley J. Henry, BPR #21113
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing is to be served via the electronic filing process upon counsel for Respondent, Office of the Attorney General, P.O. Box 20207 Nashville, TN 37202 on March 12, 2026.

/s/ *Kelley J. Henry*
Kelley J. Henry, BPR #21113
Counsel for Plaintiff