**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

| | | |
|---|---|---|
| **JESSIE DOTSON,** | ) | |
| Petitioner, | ) | |
| v. | ) | **No. 2:24-cv-02053-BCL-cgc** |
| **KENNETH NELSEN,** | ) | **CAPITAL CASE** |
| Respondent. | ) | |

**ORDER GRANTING PETITIONER'S UNOPPOSED MOTION TO STAY AND ABEY FEDERAL HABEAS PROCEEDINGS, DIRECTING THE CLERK TO STAY THE CASE, AND DENYING AS MOOT RESPONDENT'S MOTION TO STAY THE CASE MANAGEMENT ORDER**

On June 22, 2026, Petitioner Jessie Dotson, through counsel, filed Petitioner's Motion to Stay And Abey Federal Habeas Proceedings while he pursues an intellectual disability claim in state court. (ECF No. 37.) On July 6, 2026, Respondent filed a response stating that he did not oppose the request for a stay. (ECF No. 40.) For good cause shown, the Motion is **GRANTED**.

Petitioner is **ORDERED** to notify the Court within thirty (30) days of the state court's resolution of the petition filed under Tenn. Code Ann. § 39-13-203(g). The Clerk is **DIRECTED** to stay the case on the docket.

With the stay, the case management order is no longer in effect. The Motion to Stay the Case Management Order (Doc. 41) is **DENIED** as moot.

IT IS SO ORDERED this 28th day of September, 2026.

*s/Brian C. Lea*
BRIAN C. LEA
UNITED STATES DISTRICT JUDGE